# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

James Foster, an individual

    Plaintiff,

v.                                                          Case No. 8:08-cv-1159-T-26EAJ

Eric Van Cleef, an individual, and DS Waters of
America, Inc., a Delaware Corporation, d/b/a
Crystal Springs Waters, Inc.,

    Defendants.
_____/

## NOTICE OF PENDENCY OF OTHER ACTIONS

Defendants ERIC VAN CLEEF and DS WATERS OF AMERICA, INC., doing business as Crystal Springs Waters, Inc., by their attorney and in accordance with Local Rule 1.04(d), certify that the instant action is not related to any pending or closed civil or criminal case filed with this Court, or any other Federal or State court, or administrative agency.

Respectfully submitted this 6th day of August, 2008

                                                           By: s/ John Meyers
                                                           John Meyers
                                                           Fla. Bar No. 0026566
                                                          jmeyers@seyfarth.com
                                                          Seyfarth Shaw LLP

                                                          One Peachtree Pointe
                                                          1545 Peachtree Street, N.E.
                                                          Suite 700
                                                          Atlanta, GA 30309-2401
                                                          Telephone: (404) 885-1500
                                                          Facsimile: (404) 892-7056

Counsel for Defendants,
DS Waters of America, Inc. and
Eric Van Cleef

**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

James Foster, an individual

    Plaintiff,

v.                                          Case No. 8:08-cv-1159-T-26EAJ

Eric Van Cleef, an individual, and DS Waters of
America, Inc., a Delaware Corporation, d/b/a
Crystal Springs Waters, Inc.,

    Defendants.
_____/

**CERTIFICATE OF SERVICE**

        I certify that on August 6, 2008, I served a true and correct copy of the foregoing **DEFENDANTS' NOTICE OF PENDENCY OF OTHER ACTIONS** using the CM/ECF system which will automatically send e-mail notification of such filing to the following attorney of record:

                        A.J. Yolofsky
                        Joseph A. Yolofsky, P.A.
                        1430 Brickell Bay Drive #107
                        Miami, Florida 33131-2398

                                      s/ John Meyers_____
                                    Attorney for Defendants